## Commonwealth *v.* O'Neill, Appellant.

Before CLARKE,

772

J.

Argued November 15, 1974. *Stephen P. Swem,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Charles W. Johns,* Assistant District Attorney, with him *Kim William Riester* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.